IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ANTHONY ALMEDA,

    Petitioner,                    No. CIV S-09-1558 MCE GGH P

    vs.

M. McDONALD, et al.,

    Respondents.               <u>ORDER</u>

_____/

On July 24, 2009, the parties filed a joint scheduling statement. After reviewing the scheduling statement, the court makes the following ORDERS:

1. On or before November 17, 2009, petitioner shall file an amended petition and, if he deems necessary, a motion to stay; a motion to stay shall be noticed for hearing according to the local rules;

2. If petitioner files an amended petition only, any request for discovery, to expand the record or for an evidentiary hearing shall be filed on or before November 17, 2009;

2. If petitioner files an amended petition only, respondent's response is due on or before December 17, 2009; petitioner's traverse is due on or before January 9, 2010.

DATED: August 6, 2009

                                      /s/ Gregory G. Hollows
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

al1558.ord

1