IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. ALMEDA,

    Petitioner,                      2: 09 - cv - 1558 - KJM TJB

    vs.

M. MCDONALD,

    Respondent.                    <u>ORDER</u>

_____/

       Petitioner is proceeding with counsel and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 7, 2012, an order was issued giving the parties until February 28, 2012 to file supplemental briefs which addresses the issue referred back to the undersigned by the District Judge. On February 22, 2012, Petitioner filed a motion for an extension of time to file the supplemental briefs. In the motion, Petitioner declared that he had spoken to Respondent's counsel and that Respondent's counsel did not oppose the request for additional time to file the supplemental briefs.

       Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. The parties are advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause

1

1 | shown.

2 | Accordingly, IT IS HEREBY ORDERED that:

3 | 1. Petitioner's motion for an extension of time to file supplemental briefs (Dkt. No. 35) is GRANTED;

5 | 2. The parties shall have until March 29, 2012 to each file a supplemental brief which addresses the issue referred back to the undersigned by the District Judge in the September 30, 2011 order; and

8 | 3. The parties shall have until April 12, 2012 to file a reply to the opposing party's supplemental brief should a party deem such a reply necessary.

10 | DATE: February 23, 2012

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE