IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. ALMEDA,

    Petitioner,                  2: 09 - cv - 1558 KJM TJB

    vs.

M. MCDONALD,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner and is proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 28, 2012, Petitioner filed a motion to expand the record (Dkt. No. 38) and noticed the motion for April 27, 2012 or as soon thereafter as counsel can be heard on the motion. Respondent filed a response on April 12, 2012. Pursuant to Local Rule 230(g) and Federal Rule of Civil Procedure 78(b), IT IS HEREBY ORDERED that the motion is deemed submitted upon the record and briefs on file subject to the power of the Court to reopen the matter for further briefs or oral argument or both.

DATED: April 23, 2012

                                              TIMOTHY J BOMMER
                                              UNITED STATES MAGISTRATE JUDGE